IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NELSON PEREZ,

       Petitioner,

v.                                            CASE NO.4:13-cv-257-MW/CAS

STATE OF FLORIDA,

       Respondent.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 3, filed May 3, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. **The Clerk shall transfer the petition for writ of error coram nobis to the United States Court for the Southern District of Florida, Miami Division, for all further proceedings.**

SO ORDERED on May 21, 2013.

                                                    s/Mark E. Walker
                                                    United States District Judge